<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH A. RAIA and JACQUELINE LUE-RAIA<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS AUTO INSURANCE CO. OF NEW JERSEY D/B/A TRAVELERS OF NEW JERSEY<br><br>Defendants. | Civil Action No.: 12-4366 (JLL)<br><br>**ORDER** |

This matter comes before the Court by way of a motion to remand this matter to state court. (CM/ECF No. 9). On October 3, 2012, Magistrate Judge Michael Hammer issued a Report and Recommendation that this Court deny plaintiff's motion to remand. (CM/ECF No. 14). No objections have been filed thereto and the time to do so has expired. Having reviewed the Report and Recommendation, and for good cause shown,

**IT IS** on this 19 day of October, 2012,

**ORDERED** that this Court hereby ADOPTS Judge Hammer's October 3, 2012 Report and Recommendation as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Defendant's motion to remand is hereby DENIED.

**SO ORDERED.**

Jose L. Linares
United States District Judge